IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORTAZA NASSERIAN, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:04-CV-0599-P |
| | ) | |
| TOM RIDGE, et al., | ) | |
|     Respondents. | ) | |

## ORDER OF ADOPTION

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this 10th day of August, 2005.

Jorge A. Solis
UNITED STATES DISTRICT JUDGE